**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case: 12-cr-00490-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTINE ESTORGA,

        Defendant.

---

**ORDER *SUA SPONTE* VACATING COURT'S MAY 14, 2013 ORDER DIRECTING
UNITED STATES MARSHAL TO PROVIDE NON-CUSTODIAL TRANSPORTATION**

---

On May 13, 2013, Defendant Christina Estorga filed a Motion for Order Directing

the U.S. Marshal Service to Arrange Defendant's Non-Custodial Transportation and

Subsistence Expenses for the June 10, 2013 Change of Plea Hearing.  (ECF No. 31.)

Defendant's Motion asked the Court to require that the U.S. Marshal provide her round-

trip transportation from Texas to Denver, Colorado, as well as subsistence money and

cited 18 U.S.C. § 4285 as its authority.  (*Id.*)  The Motion was not opposed by the

Government and, on that basis, the Court granted Defendant's request on May 14,

2013.  (ECF No. 32.)

After entering its May 14, 2013 Order, and at the prompting of the U.S. Marshal,

the Court reviewed 18 U.S.C. § 4285.  The Court concludes that § 4285 does not grant

the Court the authority to authorize the expenditure of public funds to transport

Defendant to Colorado at this point in the case.  Specifically, § 4285 applies only to

persons that have been released on bond.  In this case, Defendant has never

personally appeared before the Court and, therefore, has not been released on bond. Because Defendant does not fall within the purview of § 4285, the Court cannot authorize the expenditure of public funds to facilitate her travel at this time.[1]

Accordingly, the Court *sua sponte* RECONSIDERS and VACATES its May 14, 2013 Order Directing the U.S. Marshal to Provide Non-Custodial Transportation (ECF No. 32). This action remains set for a Change of Plea hearing at 9:30 a.m. on June 10, 2013 in Courtroom A801. All previously set deadlines remain in effect.

Dated this 15th day of May, 2013.

BY THE COURT:

William J. Martinez
United States District Judge

---

[1] The Court takes no position on whether there may be a different statutory provision or another mechanism by which Defendant's travel to Colorado for the Change of Plea hearing may be paid for with public funds.